UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| ONKAR SINGH, | : | |
| *on his own behalf and on behalf of others similarly situated* | : | ORDER |
| Plaintiff, | : | |
| -against- | : | 18 Civ. 12327 (PMH) (LMS) |
| JGAG PETROLEUM, INC., d/b/a 310 Broadway Mobil, | : | |
| VARINDER SINGH, and RAM GRUPAL SHETTY, | : | |
| Defendants. | : | |
| | : | |

-----------------------------------------------------------x

     Responses to the Order to Show Cause issued July 24, 2020, in this matter are due today by 5:00 pm.  However, in light of widespread power and internet outages caused by Tropical Storm Isaias, which devastated the New York metropolitan area yesterday, that deadline is extended to Friday, August 7, 2020, at 5:00 pm.  Responses to the adversary's submission shall be due no later than August 12, 2020, at 5:00 pm via ECF.

Dated: August 5, 2020
       White Plains, New York

                                            **SO ORDERED**

                                            _____
                                            Lisa Margaret Smith
                                            United States Magistrate Judge
                                            Southern District of New York