UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

**ONKAR SINGH**, :
*on his own behalf and on behalf of others similarly situated* :

      **ORDER**

    **Plaintiff,** :

    -against- :    18 Civ. 12327 (PMH) (LMS)

**JGAG PETROLEUM, INC.**, d/b/a 310 Broadway Mobil,
**VARINDER SINGH**, and
**RAM GRUPAL SHETTY**, :

    **Defendants.**
----------------------------------------------------------x

**HON. LISA MARGARET SMITH, U.S.M.J.**

    In light of Plaintiff's resumption of contact with his counsel and reported wish to proceed with this case, Docket # 45, the Court hereby **vacates** its Order to Show Cause, Docket # 34, and orders the parties to proceed with discovery forthwith. On September 4, 2020, the Court issued an Order extending all discovery deadlines to 60 days beyond its decision on the Order to Show Cause, Docket # 47. The parties are hereby ordered to submit for the Court's approval, **by no later than September 25, 2020**, a revised scheduling order setting forth all remaining discovery deadlines that is consistent with the Court's September 4 Order.

Dated: September 21, 2020
       White Plains, New York

                                      **SO ORDERED,**

                                      */s/ Lisa Margaret Smith*

                                      _____
                                      Lisa Margaret Smith
                                      United States Magistrate Judge
                                      Southern District of New York