

# schwab gasparini
ATTORNEYS AND COUNSELORS

1441 Route 22
Suite 206
Brewster, NY 10509
P: (914) 304-4353
F: (914) 304-4378
www.schwabgasparini.com

Caitriona Robbins, Esq.
Associate
crobbins@schwabgasparini.com

**Via ECF**
Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:**     Singh v. JGAJ
    **Index:**     18-CV-1232
    **Our File:**     100.112

> The case has been referred to the magistrate judge for all general pretrial purposes. (Doc. 17). Thus, Defendants' request that discovery be stayed should be made to the magistrate judge in accordance with his rules. The Clerk is instructed to terminate ECF No. 57.
>
> Dated: New York, NY
> December 7, 2020
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.

Dear Judge Halpern:

    This office represents the defendants, JGAJ PETROLEUM, INC. d/b/a 310 BROADWAY MOBIL, VARINDER SINGH and RAM GRUPAL SHETTY, in the above captioned matter.

    We are in receipt of Plaintiff's letter requesting a pre-motion conference regarding their anticipated motion to withdraw from representing Plaintiff in this action. We take no position regarding this issue, however, request that in light of counsel's letter, discovery be stayed until such time as the pre-motion conference can be held and a final order issued.

    Thank you for the Court's time and attention to this matter. If you have any questions or concerns please do not hesitate to contact the undersigned.

    Very truly yours,

    SCHWAB & GASPARINI PLLC

    By: ___/s_____
        CAITRIONA ROBBINS
        Associate

CC: Troy Law, PLLC – Aaron Schweitzer, Esq.